Dear: Sir or maam

Hi my name is Gerald Lee Sanford

Case# Tr. Ct. No. 2012CR10422-W1      WR-82,668-02

I have a 11.07 writ of Habeas Corpus in your office. I do not know if this is going to help me at all. There was no Evidence saying I did any thing to any one The lawyer Virginia E. maurer that was my lawyer did not help me at all she made me sing on this prison time I didn't need and The judge Ray olivarri didn't hear what I had to say virginia didn't do any thing for me She didn't tell or say anything There was alot wrong on her part like one Ineffective Assistance The Blood test came Back good not Bad she still made me sing on 10 years please I ask you Judge to look at my case.

I Thank you so much
God Bless and have a very
good X-mas and Newyear

Gerald Sanford